THE HOBOKEN BANK FOR SAVINGS IN THE CITY OF
HOBOKEN, respondent,

*v.*

CLINTON REALTY CORP., appellant.

[Submitted February 14th, 1947.  Decided April 24th, 1947.]

*Mr. Samuel J. Davidson,* for the appellant.

*Messrs. Pierson & Brand (Mr. Julius Lichtenstein,* of counsel), for the respondent.

PER CURIAM.
The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays and reported at *138 N. J. Eq. 271.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, McLEAN, JJ.  14.

*For reversal*—None.